UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NRT TEXAS LLC D/B/A COLDWELL BANKER REALTY AND COLDWELL BANKER UNITED, REALTORS, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:cv-22-2847 |
| JENNIFER WILBUR, TAFFIE DOLSON, CATHERINE JOHNSON, LINDA SHEINALL, AND STACY INCORPORATED D/B/A BERKSHIRE HATHAWAY HOMESERVICES PREMIER PROPERTIES, | § § § § § § § | |
| Defendants. | § | |

## NRT TEXAS, LLC'S CORPORATE DISCLOSURE STATEMENT

Per Federal Rule of Civil Procedure 7.1, Plaintiff NRT Texas LLC d/b/a Coldwell Banker Realty and Coldwell Banker United, Realtors ("**Coldwell Banker**") respectfully states that it is an indirectly, wholly owned subsidiary of Anywhere Real Estate, Inc. f/k/a Realogy Holdings Corporation, which is publicly traded (NYSE: HOUS).

Dated: August 22, 2022.  Respectfully submitted,

*/s/ Nicholas A. Sarokhanian*
Nicholas A. Sarokhanian
Texas Bar No. 24075020
*nicholas.sarokhanian@hklaw.com*
Morgan J. Kleoppel
Texas Bar No. 24116625
*morgan.kleoppel@hklaw.com*
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 964-9496 (telephone)
(214) 964-9501 (facsimile)

Maddie Tansey
Texas Bar No. 24117119
*maddie.tansey@hklaw.com*
**HOLLAND & KNIGHT LLP**
811 Main Street, Suite 2500
Houston, Texas 77002
(713) 821-7000 (telephone)
(713) 654-1871 (facsimile)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served on all counsel of record via the Court's CM/ECF system in accordance with Federal Rule of Civil Procedure 5, on August 22, 2022.

*/s/ Nicholas A. Sarokhanian*
Nicholas A. Sarokhanian