# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NRT TEXAS LLC D/B/A COLDWELL BANKER REALTY AND COLDWELL BANKER, REALTORS<br><br>*Plaintiff*,<br><br>v.<br><br>JENNIFER WILBUR, TAFFIE DOLSON, CATHERINE JOHNSON, LINDA SHEINALL, AND STACY INCORPORATED D/B/A BERKSHIRE HATHAWAY HOMESERVICES PREMIER PROPERTIES,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:22-cv-2847 |

## COLDWELL BANKER'S MOTION FOR EXPEDITED/EMERGENCY HEARING ON ITS MOTION FOR TRO

1. Per Section A(4) of the Court's Procedures and Practices, Plaintiff NRT Texas LLC d/b/a Coldwell Banker Realty and Coldwell Banker, Realtors ("**Coldwell Banker**") respectfully requests that its Motion for Temporary Restraining Order [ECF No. 4] ("**Motion for TRO**") be heard and decided on an expedited/emergency basis.

2. Not only is Coldwell Banker suffering irreparable harm—as explained in the Motion for TRO—from the Individual Defendants' unabated violations of their restrictive covenants and continued access to misappropriated confidential and trade-secret information of Coldwell Banker, but since the filing of the lawsuit, counsel for Defendant Taffie Dolson ("**Dolson**") explained he instructed her to delete the copies of the documents she misappropriated

from Coldwell Banker—which would destroy relevant evidence, including critical metadata.[1] Although her counsel later acquiesced to Coldwell Banker's instruction that no Defendant should delete or destroy relevant evidence, and suggested he countermanded his previous instruction to Dolson,[2] the point is that prompt intervention from the Court is necessary to preserve the status quo, including the cessation of the Individual Defendants' misconduct and the preservation of relevant documents and ESI.

3. However, Coldwell Banker is cognizant of the Court's limited time and judicial resources, and understands the Court's admonition that requests such as these be made for extremely urgent circumstances.

4. Thus, while this matter is extremely urgent for Coldwell Banker, to the extent the Court is inclined to instead proceed to a preliminary injunction hearing, Coldwell Banker would ask the Court to set a preliminary injunction hearing 30-45 days from now and to authorize expedited discovery in the interim. Alternatively, if the Court would prefer to refer Coldwell Banker's Motion for TRO to Magistrate Judge Yvonne Ho, Coldwell Banker would appreciate the chance to have the Motion for TRO heard on an expedited/emergency basis.

5. Before filing this request, Coldwell Banker attempted to confer with counsel for Defendants and obtain their agreement to having the Motion for TRO heard on an expedited/emergency basis.[3] Notably, Coldwell Banker made that request after counsel for Defendants suggested they may agree to a TRO,[4] and after Coldwell Banker sent counsel for

---

[1] *See* Ex. 1, at Email from S. Williard to N. Sarokhanian, dated August 24, 2022 at 1:36 p.m. Highlighting supplied for readability and emphasis.
[2] *See id.* at Email from N. Sarokhanian to S. Williard, dated August 24, 2022 at 3:29 p.m., and Email from S. Williard to N. Sarokhanian, dated August 24, 2022 at 4:04 p.m.
[3] *See id.* at Email from N. Sarokhanian to S. Williard, dated August 24, 2022 at 4:28 p.m.
[4] *See* Ex. 2, at Email from S. Williard to N. Sarokhanian, dated August 23, 2022 at 8:07 p.m.

Defendants a copy of the proposed TRO it filed [ECF No. 7] but did not receive a response on whether Defendants would agree to its terms as they had previously suggested.[5]

6. Counsel for Defendants has failed to respond to Coldwell Banker's request that they agree to have the Motion for TRO heard on an expedited/emergency basis, and it is therefore presumed that Defendants are opposed.

Dated: August 25, 2022.

Respectfully submitted,

*/s/ Nicholas A. Sarokhanian*
Nicholas A. Sarokhanian
Texas Bar No. 24075020
*nicholas.sarokhanian@hklaw.com*
Morgan J. Kleoppel
Texas Bar No. 24116625
*morgan.kleoppel@hklaw.com*
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 964-9496 (telephone)
(214) 964-9501 (facsimile)

**Counsel for Plaintiff**
**NRT Texas LLC, d/b/a Coldwell Banker Realty and Coldwell Banker United, Realtors**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system and served in accordance with Federal Rule of Civil Procedure 5 via the Court's CM/ECF system and email to all counsel of record on August 25, 2022.

*/s/ Nicholas A. Sarokhanian*
Nicholas A. Sarokhanian

---

[5] *See id.* at Email from N. Sarokhanian to S. Williard, dated August 24, 2022 at 12:49 p.m.; Ex. 1 at Email from N. Sarokhanian to S. Williard, dated August 24, 2022 at 4:28 p.m.

# EXHIBIT 1

| From: | Sarokhanian, Nicholas A (DAL - X59496) |
|---|---|
| To: | Steve Williard |
| Cc: | Kleoppel, Morgan J (DAL - X59445); Tansey, Maddie M (HOU - X45860); paralegal; Jana Thompson |
| Subject: | RE: Return of Templates in the matter of NRT Texas LLC v. Wilbur |
| Date: | Wednesday, August 24, 2022 4:28:02 PM |

Steve – I didn't ask for it to be returned in a way that would spoliate evidence or alter metadata, and my client's complaint, motion for TRO, and proposed TRO made it clear that your clients must not use or disclose the misappropriated information and must return it in a forensically sound way.

Also, you haven't provided the confirmation I requested earlier today about whether you're accepting service for Ms. Wilbur, Ms. Dolson, Ms. Johnson, and Ms. Sheinall. You also haven't told me whether your clients will agree to the TRO I sent you. Please promptly let me know about those items.

Otherwise, please promptly let me know whether your clients agree to having an expedited/emergency hearing on the motion for TRO.

Thanks,

Nick

**Nicholas Sarokhanian | Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.964.9496 | Fax 214.964.9501
nicholas.sarokhanian@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Steve Williard <Steve@williardlaw.com>
**Sent:** Wednesday, August 24, 2022 4:04 PM
**To:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU - X45860) <Maddie.Tansey@hklaw.com>; paralegal <paralegal@williardlaw.com>; Jana Thompson <Jana@williardlaw.com>
**Subject:** RE: Return of Templates in the matter of NRT Texas LLC v. Wilbur

*[External email]*
Well Nick you asked that it be returned – so, I returned it. But I will tell her to disregard my earlier instruction. And to be clear, any forensic IT guy worth his salt will be able to determine if she used it / accessed it / send it to someone, etc. – which she did none of. Steve

The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, TX 77007

713-529-6300

713-529-6315(fax)

[www.williardlaw.com](www.williardlaw.com)

CONFIDENTIALITY AND CIRCULAR 230 STATEMENT

This message and all attachments are confidential and may be protected by the attorney-client privilege and/or other privileges.  Any use, dissemination, transmitting, printing, copying, disclosure or distribution by persons other than the intended recipient is prohibited and may be unlawful. Unless expressly stated otherwise, nothing in this email should be construed as a digital or electronic signature. Finally, IRS Circular 230 Required Notice requires that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>
**Sent:** Wednesday, August 24, 2022 3:29 PM
**To:** Steve Williard <Steve@williardlaw.com>
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU - X45860) <Maddie.Tansey@hklaw.com>; paralegal <paralegal@williardlaw.com>; Jana Thompson <Jana@williardlaw.com>
**Subject:** RE: Return of Templates in the matter of NRT Texas LLC v. Wilbur

==Steve – do not have Ms. Dolson or any of your clients delete anything relevant to the lawsuit. They are obligated to preserve all relevant documents and electronically stored information, including but not limited to what they misappropriated from Coldwell Banker. They must, of course, not use or disclose it, but the return of the misappropriated documents and ESI must be done in a forensically sound manner.==

==Please confirm that your clients will comply with their preservation obligations.==

**Nicholas Sarokhanian | Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.964.9496 | Fax 214.964.9501
nicholas.sarokhanian@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Steve Williard <Steve@williardlaw.com>
**Sent:** Wednesday, August 24, 2022 1:36 PM
**To:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU -

X45860) <Maddie.Tansey@hklaw.com>; paralegal <paralegal@williardlaw.com>; Jana Thompson <Jana@williardlaw.com>
**Subject:** Return of Templates in the matter of NRT Texas LLC v. Wilbur

*[External email]*

Nick, as I mentioned to you in my email to you of July 20th and again on July 25th, Taffie did have in her possession a few benign templates and I asked you to let me know how you wanted to proceed but never heard back from you. Not having received any response from you and now your client filed the Complaint, I feel compelled to send you the 3 benign things Taffie had in her possession.

First, attached is the Business Plan that was downloaded onto her personal iPad to facilitate a training program for her CB agents. She told me it was easier to navigate on her iPad using the document from her personal email address.

The next two documents are Commission Calculators (one that was an excel spreadsheet format and the other was just an email that Jennifer sent to Taffie). As you can see, these are merely templates with no "deal" data – anyone with an excel spreadsheet and a little math common sense could easily replicate. ==Nevertheless, I've instructed Taffie to delete these and any copy she may have.==

Cathy Johnson has told me she does not have any files from CB whatsoever.

Steve

The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, TX 77007
713-529-6300
713-529-6315(fax)
www.williardlaw.com

     CONFIDENTIALITY AND CIRCULAR 230 STATEMENT

This message and all attachments are confidential and may be protected by the attorney-client privilege and/or other privileges.  Any use, dissemination, transmitting, printing, copying, disclosure or distribution by persons other than the intended recipient is prohibited and may be unlawful. Unless expressly stated otherwise, nothing in this email should be construed as a digital or electronic signature. Finally, IRS Circular 230 Required Notice requires that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>
**Sent:** Monday, August 22, 2022 10:12 PM

**To:** Steve Williard <Steve@williardlaw.com>; paralegal <paralegal@williardlaw.com>; stacy@stacymathews.com
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU - X45860) <Maddie.Tansey@hklaw.com>
**Subject:** FW: Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order

Further to my previous email, please see the attached and the below. As stated previously, NRT Texas LLC will be seeking to have its motion for TRO heard or decided at the court's earliest available opportunity.

**Nicholas Sarokhanian | Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.964.9496 | Fax 214.964.9501
nicholas.sarokhanian@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Monday, August 22, 2022 10:09 PM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order

*[External email]*

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Sarokhanian, Nicholas on 8/22/2022 at 10:08 PM CDT and filed on 8/22/2022
**Case Name:** NRT Texas LLC v. Wilbur et al
**Case Number:** 4:22-cv-02847
**Filer:** NRT Texas LLC

**Document Number:** 4

**Docket Text:**
**MOTION for Temporary Restraining Order by NRT Texas LLC, filed. Motion Docket Date 9/12/2022. (Attachments: # (1) Affidavit Declaration of Charles El-Moussa (with exhibits), # (2) Exhibit Exs. 2 through 4)(Sarokhanian, Nicholas)**

**4:22-cv-02847 Notice has been electronically mailed to:**

Nicholas Alex Sarokhanian    nicholas.sarokhanian@hklaw.com, elanda.spencer@hklaw.com

**4:22-cv-02847 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-0] [661bb55e60bd4e36f9257ff38de5a13f4393e528eeef01af979eb88bbcb8359676 de6a852d4c099425bf537afe04e73eba6044fdb4aa83c11ae45851e6325984]]
**Document description:** Affidavit Declaration of Charles El-Moussa (with exhibits)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-1] [8bc58f17d088b7e572a7b639c622748b2f2b248052d87220ac48bfa80b622968ce c11b1f079b121f9e7b418d3c1c29380247794ab4dc505a41647a610e5eaa2e]]
**Document description:** Exhibit Exs. 2 through 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-2] [9c42698b35695ec14adb1a2452b710cbade4f3782a5adb4fdaa4fed7005c347ec2 2c1865fe7b4ed53c88da53b1c7326894ebb6e7a9d47e92a43f94a9325b1e25]]

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT 2

| From: | Sarokhanian, Nicholas A (DAL - X59496) |
|---|---|
| To: | Steve Williard; paralegal |
| Cc: | Kleoppel, Morgan J (DAL - X59445); Tansey, Maddie M (HOU - X45860) |
| Subject: | RE: Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order |
| Date: | Wednesday, August 24, 2022 12:49:35 PM |
| Attachments: | Doc. 7 - Proposed Order on Motion for TRO.pdf |

Steve – thank you for having accepted service on behalf of Premier. Please confirm that you are also representing Ms. Wilbur, Ms. Dolson, and Ms. Johnson, and are accepting service on their behalves.

==Also, the proposed TRO is attached. Please let me know whether your clients are agreed to its terms.==

Finally, we need you to turn over the USB drive to our forensic consultant at Consilio. Please let me know when you will make it available to Consilio.

Thanks,

Nick

**Nicholas Sarokhanian** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.964.9496 | Fax 214.964.9501
nicholas.sarokhanian@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Steve Williard <Steve@williardlaw.com>
**Sent:** Tuesday, August 23, 2022 8:07 PM
**To:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>; paralegal <paralegal@williardlaw.com>
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU - X45860) <Maddie.Tansey@hklaw.com>
**Subject:** RE: Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order

*[External email]*
Nick, I was able to discuss the Complaint and application for TRO with Premier and I will be representing it and will accept service. I also spoke with Johnson and Dolson both of which I expect will engage the firm tomorrow or the next day to represent them in this lawsuit. I'll keep you posted. I reached out to Wilbur but have not heard from her today – I'll let you know when / if I hear from her.

I looked at your complaint today and I'm just now seeing your motion. As I've stated from the outset and I was assured again today, nothing confidential has been taken by either Johnson or Dolson and

your complaint doesn't really seem to address much in the way of substance. ==So, if you have a proposed order you'd like to circulate, I'd be more than happy to take a look at it to if we could agree to anything. Your call – let me know.== Steve

The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, TX 77007
713-529-6300
713-529-6315(fax)
[www.williardlaw.com](www.williardlaw.com)

CONFIDENTIALITY AND CIRCULAR 230 STATEMENT

This message and all attachments are confidential and may be protected by the attorney-client privilege and/or other privileges. Any use, dissemination, transmitting, printing, copying, disclosure or distribution by persons other than the intended recipient is prohibited and may be unlawful. Unless expressly stated otherwise, nothing in this email should be construed as a digital or electronic signature. Finally, IRS Circular 230 Required Notice requires that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Sarokhanian, Nicholas A (DAL - X59496) <Nicholas.Sarokhanian@hklaw.com>
**Sent:** Monday, August 22, 2022 10:12 PM
**To:** Steve Williard <Steve@williardlaw.com>; paralegal <paralegal@williardlaw.com>; stacy@stacymathews.com
**Cc:** Kleoppel, Morgan J (DAL - X59445) <Morgan.Kleoppel@hklaw.com>; Tansey, Maddie M (HOU - X45860) <Maddie.Tansey@hklaw.com>
**Subject:** FW: Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order

Further to my previous email, please see the attached and the below. As stated previously, NRT Texas LLC will be seeking to have its motion for TRO heard or decided at the court's earliest available opportunity.

**Nicholas Sarokhanian | Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.964.9496 | Fax 214.964.9501
[nicholas.sarokhanian@hklaw.com](nicholas.sarokhanian@hklaw.com) | [www.hklaw.com](www.hklaw.com)

Add to address book | View professional biography

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Monday, August 22, 2022 10:09 PM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:22-cv-02847 NRT Texas LLC v. Wilbur et al Motion for Temporary Restraining Order

*[External email]*

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Sarokhanian, Nicholas on 8/22/2022 at 10:08 PM CDT and filed on 8/22/2022

**Case Name:** NRT Texas LLC v. Wilbur et al
**Case Number:** 4:22-cv-02847
**Filer:** NRT Texas LLC
**Document Number:** 4

**Docket Text:**
**MOTION for Temporary Restraining Order by NRT Texas LLC, filed. Motion Docket Date 9/12/2022. (Attachments: # (1) Affidavit Declaration of Charles El-Moussa (with exhibits), # (2) Exhibit Exs. 2 through 4)(Sarokhanian, Nicholas)**

**4:22-cv-02847 Notice has been electronically mailed to:**

Nicholas Alex Sarokhanian    nicholas.sarokhanian@hklaw.com, elanda.spencer@hklaw.com

**4:22-cv-02847 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-0] [661bb55e60bd4e36f9257ff38de5a13f4393e528eeef01af979eb88bbcb8359676 de6a852d4c099425bf537afe04e73eba6044fdb4aa83c11ae45851e6325984]]

**Document description:** Affidavit Declaration of Charles El-Moussa (with exhibits)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-1] [8bc58f17d088b7e572a7b639c622748b2f2b248052d87220ac48bfa80b622968cec11b1f079b121f9e7b418d3c1c29380247794ab4dc505a41647a610e5eaa2e]]

**Document description:** Exhibit Exs. 2 through 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/22/2022] [FileNumber=38204275-2] [9c42698b35695ec14adb1a2452b710cbade4f3782a5adb4fdaa4fed7005c347ec22c1865fe7b4ed53c88da53b1c7326894ebb6e7a9d47e92a43f94a9325b1e25]]

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.