THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NRT Texas LLC d/b/a Coldwell Banker Realty and Coldwell Banker, Realtors | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:22-cv-2847 |
| Jennifer Wilbur, Taffie Dolson, Catherine Johnson, Linda Sheinall, and Stacy Incorporated d/b/a Berkshire Hathaway HomeServices Premier Properties, | § § § § § § | |
| *Defendants*. | § § | |

**ORDER**

1. Plaintiff NRT Texas LLC d/b/a Coldwell Banker Realty and Coldwell Banker, Realtors ("**Coldwell Banker**") filed a Motion for Expedited/Emergency Hearing on its Motion for TRO. Having considered the motion, the motion is **GRANTED**.

2. It is therefore **ORDERED** that a hearing on Coldwell Banker's Motion for TRO shall take place on _____ at _____ a.m./p.m.

It is so ORDERED.

_____                      _____
Date                                                                     The Honorable Alfred H. Bennett
                                                                              United States District Judge